FILED

JUL 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| WINSTON DALE CARNES<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Cause No. CV 18-00101-SPW-TJC<br><br><br>**ORDER OF REMAND** |

This matter comes before the Court on Defendant Wal-Mart Stores, Inc.'s Notice of Removal (Doc. 1) based upon the removal statute, 28 U.S.C. § 1332, 28 U.S.C. § 1441, 28 U.S.C. § 1446, and D. Mont. Local Rule 3.3 (Dkt. 1).

Pursuant to the Plaintiff's Unopposed Motion for Remand (Doc. 8) that the amount in controversy in this matter is less than the jurisdictional prerequisite of $75,000 to support diversity jurisdiction, and good cause being shown,

**IT IS HEREBY ORDERED** that this matter be remanded to Montana's Thirteenth Judicial District Court, Yellowstone County, under Cause No. DV 18-0511.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference set for August 21, 2018 at 11:00 a.m. before Magistrate Judge Timothy J. Cavan and all associated deadlines are **VACATED**.

The Clerk of Court is directed to notify all parties of the making of this Order.

DATED this 13th day of July, 2018.

SUSAN P. WATTERS
U.S. District Court Judge